IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN LEVINE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2946 |
| | § | |
| M&A CUSTOM HOME BUILDER | § | |
| & DEVELOPER, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On November 25, 2008, this court issued an order stating that it would rule on the withdrawal of the reference for Adversary Proceeding No. 07-3469 in Bankruptcy Case No. 07-32168 after the bankruptcy court had ruled on the pending dispositive motions in that case. (Docket Entry No. 3). On March 5, 2009, the bankruptcy court entered an order that resolved the dispositive motions. (Docket Entry No. 4). Triable issues of material fact remain in the Adversary Proceeding.

Accordingly, the reference is withdrawn. A status conference is set for **April 2, 2009, at 10:00 a.m.** in Courtroom 11-B.

SIGNED on March 9, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge